## Commonwealth *v.* Artiste, Appellant.

Submitted June 14, 1971. *William L. Van Alen, Jr.,* and *Nicholas Sellers,* for appellant; *Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A.*

704

*Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.